# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **PERRY LEE WYSINGER** | **CIVIL ACTION NO. 18-cv-0568** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **DEPT. OF VETERANS AFFAIRS** | **MAGISTRATE JUDGE HORNSBY** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including Plaintiff's letter [Doc. No. 10], and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Perry Lee Wysinger's Complaint is **dismissed without prejudice** for lack of subject matter jurisdiction.

MONROE, LOUISIANA, this 11th day of May, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE